UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA JEFFERSON,

       Plaintiff,                        Case No.  05-73849
                                         District Judge Julian Abele Cook, Jr.
v.                                      Magistrate Judge R. Steven Whalen

COUNTY OF WAYNE, et al.,

       Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S MOTION

Upon receiving a Notice of Withdrawal of Plaintiff's Motion to Compel Discovery  (filed 8/16/06)   and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery [filed 7/27/06] [document #20] is hereby dismissed without prejudice.

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE  JUDGE

Dated:  August 16, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the

attorneys and/or parties of record by electronic means or U.S. Mail on August 16, 2006.

                                              s/Gina Wilson
                                              Judicial Assistant